

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN 11, TEXAS

GERALD C. MANN
XXXXXXXXXXXXXXXXXXXXX
ATTORNEY GENERAL

January 5, 1939

Mr. Vincent Tudor
County Attorney
Hale County
Plainview, Texas

Dear Mr. Tudor:

Opinion No. O-11
Re: Whether or not property purchased
from proceeds of a War Risk Insurance
Policy is taxable

Your request for an opinion on the question of whether or not
property purchased from proceeds of a War Risk Policy is taxable has been
received by this office.

Mr. A. J. Lewis, County Attorney of Milam County, Cameron, Texas,
presented almost the identical question to this department and the opinion
was rendered by the Hon. F. O. McKinsey, Assistant Attorney General, March
17, 1931, which opinion evidences much research and with the conclusions
of which I entirely concur.

The land purchased by beneficiary with funds received from the
United States Government as compensation and insurance granted by reason
of the service and death of a World War Soldier, is not exempt from taxa-
tion. The recipient of such funds being sui juris the Federal Government
will not trace such funds through subsequent mutations so as to protect
and preserve them to the beneficiary.

I am enclosing herewith a copy of the above mentioned opinion
rendered by F. O. McKinsey.

Trusting that this answers your inquiry, I remain

Yours respectfully

AW:AW:LM

ATTORNEY GENERAL OF TEXAS

ENCLOSURE

APPROVED:

By /s/ Ardell Williams
Assistant

/s/ Gerald C. Mann

ATTORNEY GENERAL OF TEXAS